McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4080

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:08-CV-01144-OWW-DLB |
| ) Plaintiff ) | CONSENT JUDGMENT |
| ) v. ) | |
| FRANKLYN C. JONES ) DOROTHY E. McLEAN, ) ) Defendant ) ) _____) | |

Pursuant to the Stipulation for Entry of Consent Judgment (Exhibit A), judgment in the amount of $945,834.63 is entered in favor of Plaintiff United States of America and against Defendants Franklyn C. Jones and Dorothy E. McLean.

IT IS SO ORDERED.

Dated: August 7, 2008

                                /s/ OLIVER W. WANGER
                                United States District Judge